

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00237-CV

———————————————

CHARLES LITTIG AND TERESA LITTIG, Appellants

V.

HERMAN LEE LITTIG JR., Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2022-001942-1

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' request for dismissal of the appeal. We grant the request and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: September 29, 2022